UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY M. DRAGGOO, ) | |
| ) | NO. CV-05-5116-LRS |
| Plaintiff, ) | |
| ) | **ORDER DISMISSING CASE WITH** |
| -vs- ) | **PREJUDICE** |
| ) | |
| CIGNA CORPORATION, dba CIGNA ) | |
| GROUP INSURANCE and CONNECTICUT ) | |
| GENERAL LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the stipulation of the parties (Ct. Rec. 14) filed August 15, 2006, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 25th day of August, 2006.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1